UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  12-cr-00530-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| ROBERT ANTHONY SOLTERO, | |
| Defendant. | |

Pursuant to unopposed motion of the Defendant, **IT IS HEREBY ORDERED** that the term of supervised release of the defendant, Robert Anthony Soltero, in the above-entitled case be terminated.

IT IS FURTHER ORDERED that the hearing on Defendant's motion scheduled for April 29, 2022 is **VACATED**.

**SO ORDERED.**

Dated: April 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge